UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ALBERT DANIELS,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>BAUER BUILT, INC.<br><br>Defendant. | CIVIL ACTION NO. 01-1355(JRT/FLN) |

**ORDER**

The joint motion of the EEOC, Albert Daniels and Bauer Built, Inc. to modify the pretrial discovery schedule to extend the deadline for disclosing expert witnesses and testimony is hereby GRANTED.

SO ORDERED.

DATE: 2/12/02

FRANKLIN L. NOEL
United States Magistrate Judge

FEB 1 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK