| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and<br><br>ALBERT DANIELS,<br><br>Plaintiff/Intervenor,<br>v.<br><br>BAUER BUILT, INC.,<br><br>Defendant. | ) | Civil Action No. 01-CV-1355 JRT/FLN |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based upon the Consent Decree being submitted to the Court, the Equal Employment Opportunity Commission (EEOC), Albert Daniels, and Bauer Built, Inc. hereby stipulate to the dismissal of this action with prejudice, without costs or attorneys' fees to any party, and to retention of jurisdiction by the Court to enforce the provisions of the Consent Decree.

Jean P. Kamp
Regional Attorney

May 16, 2002
Date

Tina Burnside
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401
(612) 335-4047

May 15, 2002
Date

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Kathryn M. Engdahl
METCALF, KASPARI, HOWARD,
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 S. Highway 100
Minneapolis, MN 55416-1531
(612) 591-9444

*Attorneys for Plaintiff-Intervenor*

Date May 14, 2002

Steven R. Anderson, # 2380
Holly M. Robbins, # 260381
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendant*

May 14, 2002

Date

**ORDER**

SO ORDERED this 24th of May, 2002.

John R. Tunheim
United States District Judge

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# 28th Annual
# Federal Court
# Practice Seminar

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel